

Court Of Appeals

Fourth Court of Appeals District of Texas
San Antonio

★   ★   ★                                                    ★   ★   ★

**MEMORANDUM OPINION**

No. 04-09-00483-CV

In the Interest of **A.M.F.,** et al., Minor Children,

From the 37th Judicial District Court, Bexar County, Texas
Trial Court No. 2008-PA-01867
Honorable Charles E. Montemayor, Judge Presiding

PER CURIAM

Sitting:        Karen Angelini, Justice
                Sandee Bryan Marion, Justice
                Phylis J. Speedlin, Justice

Delivered and Filed:   October 14, 2009

DISMISSED

On September 2, 2009, we issued a show cause order instructing appellant to respond by either paying the filing fee of $175.00 to the clerk of this court, or providing written proof that appellant is entitled to appeal without paying the filing fee, on or before September 15, 2009. *See* TEX. R. APP. P. 5. Appellant has failed to pay the filing fee, or to provide written proof that she is excused from paying the filing fee. Therefore, we dismiss the appeal. *See* TEX. R. APP. P. 42.3(c). Costs of appeal are taxed against appellant.

PER CURIAM